37746. AYERS et al. v. DOUGLAS COUNTY BOARD OF TAX ASSESSORS et al.

PER CURIAM.

"[A]ppeals from a local governing authority's assessment of ad valorem taxation which do not raise the constitutionality of a statute or ordinance nor involve equitable remedies [are within] . . . the

jurisdiction of the Court of Appeals . . ." *DeKalb County Board of Tax Assessors v. W. C. Harris & Co.,* 248 Ga. 277 (1981). The instant appeal was transferred to this court by the Court of Appeals. Under the above ruling, the appeal is hereby transferred back to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur.*

<small>DECIDED OCTOBER 27, 1981.</small>

*Hartley, Rowe & Fowler, G. Michael Hartley,* for appellants.
*William Tinsley,* for appellees.